# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 30, 2012

**Before**

DANIEL A. MANION, *Circuit Judge*

ILANA D. ROVNER, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

Nos. 10-3787, 10-3990 & 11-1123

| | |
|---|---|
| IN RE: SENTINEL MANAGEMENT GROUP, INC., | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Debtor*. | |
| | No. 1:08-cv-02582 |
| APPEAL OF: FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust. | James B. Zagel, *Judge*. |

The opinion of this court issued on August 9, 2012, is **WITHDRAWN** and the judgment is **VACATED.** This appeal remains under consideration by the panel.